UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL HOLLINS,

    Petitioner,

vs.

GREG MUNKS,

    Respondent.

No. C 13-5087 PJH (PR)

**ORDER DISMISSING CASE AND DENYING CERTIFICATE OF APPEALABILITY**

This is a habeas case filed pro se by a pretrial detainee incarcerated at Maguire Correctional Facility.[1] Petitioner is in jail awaiting trial for a violation of California Penal Code § 485, theft of lost property. The court set forth the relevant legal background and ordered petitioner to show cause why this case should not be dismissed pursuant to *Younger v. Harris*, 401 U.S. 37, 43-54 (1971). Petitioner has filed a response.

Petitioner states that he does not want the court to intervene with his criminal proceeding, rather he seeks the court to provide injunctive relief regarding his treatment by jail officials. A habeas petition is not the proper manner to address this issue, therefore this case will be dismissed and petitioner's claims can be addressed in his other civil rights actions pending in this court.

**CONCLUSION**

The petition is **DISMISSED** for the reasons set out above. Because reasonable jurists would not find the result here debatable, a certificate of appealability ("COA") is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000) (standard for COA). The

---

[1] Petitioner has filed seven other cases in this court in the last month, several with overlapping claims.

clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 3, 2014.

_____
PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.13\Hollins5087.dsm.wpd